RUDOLPH A. BREIDENBACH, as Trustee in Bankruptcy of GEORGE J. RAINESS, Respondent, *v.* DAVID MAYER, Appellant.

Reported below, 110 App. Div. 891.
(Submitted March 19, 1906; decided March 27, 1906.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the Court of Appeals had no jurisdiction to entertain the appeal, the decision of the Appellate Division being unanimous and permission to appeal not having been granted; that the appellant's exceptions were frivolous and no questions of law were raised thereby.

*George Malraison* for motion.

*Milton Mayer* opposed.

Motion denied, with ten dollars costs.